USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 4, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

EDWIN VASQUEZ,

                          Plaintiff,

              v.

THE CITY OF NEW YORK, *et al.*,

                        Defendants.

------------------------------------------------------X

14 Civ. 6488 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

As discussed during yesterday's telephonic conference, the schedule in this case is amended as follows:

- Fact discovery will close on December 18, 2015;

- Expert discovery will close on February 4, 2016; and

- The conference scheduled for December 1, 2015, is hereby adjourned to December 29, 2015, at 3:00 p.m.

SO ORDERED.

Dated:    November 4, 2015
             New York, New York

                                                               KATHERINE POLK FAILLA
                                                            United States District Judge